## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CRIMINAL NO. 6:25-CR-00193**

**VERSUS**                                            **JUDGE DAVID C. JOSEPH**

**ORLANDO DIAZ-DIAZ**                     **MAGISTRATE JUDGE DAVID J. AYO**

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 34] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc. 32] filed in the record of these proceedings, the guilty plea of Defendant Orlando Diaz-Diaz is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment [Doc. 12], consistent with the Report and Recommendation.

THUS, DONE AND SIGNED in Chambers on this 15th day of September 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE